UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| **Voluntary Petition** |

| NAME OF DEBTOR | JOINT DEBTOR |
|---|---|
| **Ronald Maurice Rhodes** | **Angela M. Rhodes** |

| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (including married, maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS(including married,maiden & trade) |
|---|---|
| | *Chapter 13W/Plan* |

| SOC. SECURITY #/TAX I.D. NO (if more than one, state all)  IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!!  (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) |
|---|---|
| ***-**-8887 | ***-**-1047 |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **2330 Sandridge Court**<br>**Lynwood IL 60411** | **2330 Sandridge Court**<br>**Lynwood IL 60411** |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| **Cook** | **Cook** |

| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
|---|---|
| | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| [x] Individual(s)    [] Railroad<br>[] Corporation    [] Stockbroker<br>[] Partnership    [] Commodity Broker<br>[] Other _____ | [] Chapter 7    [] Chapter 11<br>[] Chapter 9    [] Chapter 12    [X] Chapter 13<br>[] Sec 304 0-- Case ancillary to foreign proceeding    [] |

| NATURE OF DEBTS (Check one box)<br>[x] Consumer/Non-Business    [] Business | FILING FEE (Check one box)<br>[x] Full Filing Fee attached<br>[] Filing Fee to be paid in installments (Applicable to individuals only).<br>Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b)/ See Offi |
|---|---|
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[] Debtor is a small business as defined in 11 U.S.C. S101<br>[] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional) | |

| STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)<br>[] Debtor estimates that funds will be available for distribution to unsecured creditors<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no creditors. | U.S. Bankruptcy Court<br>Northern District Of Illinois<br>**Filed: 07/27/2004**<br>**Time: 15:44:55**<br>**Debtor: RONALD MAURICE RHODES**<br>**Case: 04-27798    Fee : 194**<br>**Chapter: 13 Rec. # : 3092833**<br>**Judge: Susan Pierson Sonderby**<br>**341 mtg: 08/23/2004 @ 02:00PM**<br>**ConfHrg: 09/09/2004 @ 10:30AM**<br>**Trustee: TOM VAUGHN** |
|---|---|
| ESTIMATED NO. OF CREDITORS    [x]    **29** | |
| ESTIMATED ASSETS    [x]  $    **218,865** | |
| ESTIMATED DEBTS    [x]  $    **224,103** | 1:04BK27798-BK001 |

Voluntary Petition

NAME OF DEBTOR(s)

**Ronald Maurice  Rhodes**

(This page must be completed and filed in every case)

**Angela M. Rhodes**

| I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITHIN LAST 6 YEARS  (IF BLANK, THIS IS FIRST IN 6 YRS | | |
|---|---|---|
| LOCATION WHERE FILED: | CASE NO. | DATE FILED |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S)

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A**  (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
_____Exhibit A is attached and made a part of this petition

Exhibit C   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? NO   If yes and Exhibit C is attached and made a part of this petition _____XXXX No

Signature of Non-Attorney Petition Preparer   I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer _____Social Sec# _____ Address _____
X_____ Signature of Bankruptcy Petition Preparer   A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.   I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated:  7 / 17 /2004          **Sign: X** _Ronald G Rhodes_
                                        **Ronald Maurice  Rhodes**

Dated: 7 / 17 /2004          **Sign: X** _Angela M. Rhodes_
                                        **Angela M. Rhodes**

Exhibit B - Signature of Attorney

Bar No: 6272766

Attorney Name: William K Murphy

Law Offices of Peter Francis Gerac
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

Attorney Name: William K Murphy                    Dated: 7 / 26 /2004

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect you situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.   A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions.  Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or using drugs.  Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every six (6) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasibile, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession  and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($307,000 in unsecured debts and $922,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TOYOUR SPECIFIC CASE.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re   **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. :

Attorney for Debtor: William K Murphy

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

For legal services rendered, Debtor(s) agrees to pay                                          $                2,700
Prior to the filing of this Statement, Debtor(s) has paid                                    $ 1,000
Balance Due *in plan*                                                                                          -$ 1,700

2.  The Filing Fee has been paid.

3.  The Service rendered or to be rendered include the following:

    (a)  Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file
         a petition under Title 11, U.S.C.
    (b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  Representation of the client at the first meeting of creditors.
    (d)  Advice as required.

4.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
    will be from earnings, wages and compensation for services performed and none other.

6.  The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following
    for the value stated:  None.

7.  The undersigned has not shared or agreed to share with any other entity, other than with members of the
    undersigned's law firm, any compensation paid or to be paid without the client's consent, except as
    follows:  None.

Respectfully submitted,

Dated:____7___/___26___/2004

Attorney Name: William K Murphy

Bar No: 6272766

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800

BY WHOM

In re: **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **2330 Sandridge Court Lynwood, IL 60411  (Debtor's Residence)** | | | $ 163,000 | $ 137,971 |
| | | Total | $  163,000 | |

In re: **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE B  -  PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 01. Cash on Hand | | [x] None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | |
| **1st Savings Bank of Hegwich checking acct** | | $     200 |
| **1st Savings Bank of Hegwich savings accnt** | | $      35 |
| **1st Savings Bank of Hegwich checking accnt** | | $     100 |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [x] None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
| **Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware** | | $   1,010 |

In re:   **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "H W J C". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
| **Books, Compact Discs, Tapes/Records, Family Pictures** | | $   60 |
| 06. Wearing Apparel | | |
| **Necessary wearing apparel** | | $   210 |
| 07. Furs and jewelry. | | |
| **Earrings, watch, costume jewelry** | | $   250 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | [x] None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | [x] None |
| **Term Life Ins. w/ Garden State Ins. Co. - No Cash Surrender Value.** | | |
| 10. Annuities | | [x] None |
| 11. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. | | |
| **W - 401(k) w/ SBC - 100% Exempt.** | | $   1,500 |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | [x] None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | [x] None |

In re:   **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE B  -  PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC'. If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |
| **H - licensed as a real estate broker.** | | |
| **H - has registered RAR Properties Unlimited as an Illinois LLC. (The corporation has no pending contracts, no accounts receivable and no significant assets.** | | |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
| **GMAC - 01 Chevrolet Cavalier w/ more than 48k miles.** | | $   5,825 |
| **Chrysler - 01 Jeep Grand Cherokee LTD w/ more than 60k miles.** | | $  22,175 |
| **1996 Ford E-350 Van w/ more than 235k miles.** | | $   1,500 |
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | [x] None |
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | |
| **Silverleaf - time share (Debtors will retain, pay in plan.)** | | $  23,000 |
| | Total | $ 55,865 |

In re:   **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **00. Real Property** | | | |
| 2330 Sandridge Court Lynwood, IL 60411 (Debtor's Residence) | 735 ILCS 5/12-901 | $ 15,000 | $ 163,000 |
| **02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or** | | | |
| 1st Savings Bank of Hegwch checking acct | 735 ILCS 5/12-1001(b) | $ 200 | $ 200 |
| 1st Savings Bank of Hegwch savings accnt | 735 ILCS 5/12-1001(b) | $ 35 | $ 35 |
| 1st Savings Bank of Hegwch checking accnt | 735 ILCS 5/12-1001(b) | $ 100 | $ 100 |
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | | |
| Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware | 735 ILCS 5/12-1001(b) | $ 1,010 | $ 1,010 |
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | | |
| Books, Compact Discs, Tapes/Records, Family Pictures | 735 ILCS 5/12-1001(a) | $ 60 | $ 60 |
| **06. Wearing Apparel** | | | |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a),(e) | $ 210 | $ 210 |
| **07. Furs and jewelry.** | | | |
| Earrings, watch, costume jewelry | 735 ILCS 5/12-1001(b) | $ 250 | $ 250 |
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| W - 401(k) w/ SBC - 100% Exempt. | 735 ILCS 5/12-1006 | $ 1,500 | $ 1,500 |
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |

In re:  **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located
for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest
as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |
| GMAC - 01 Chevrolet Cavalier w/ more than 48k miles. | 735 ILCS 5/12-1001(c) | $  1,200 | $  5,825 |
| Chrysler - 01 Jeep Grand Cherokee LTD w/ more than 60k miles. | 735 ILCS 5/12-1001(c) | $  1,200 | $  22,175 |
| 1996 Ford E-350 Van w/ more than 235k miles. | 735 ILCS 5/12-1001(b) | $  1,500 | $  1,500 |

BY  WHOM

In re:  **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the
date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of
trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the
continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the
appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial
community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | H C W O J N C TI N G E N T | U N L I Q U I D A T E D | DI S P U T E D | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|
| | Co-Debtor | | | | | |
| 1 **Beneficial Finance** | 2001 Mortgage - Second | | | | $  35,571 | $        0 |
| Account No.  411717-10-523580-0 Bankruptcy Department 6300 A Northwest Highway Crystal Lake IL 60014 | Value: $ 163,000 2330 Sandridge Court Lynwood, IL 60411  (Debtor's Residence) | | | | | |
| 2 **Beneficial Finance** | 2004 Mortgage Arrears | | | | $  1,300 | $        0 |
| Account No.  411717-10-523580-0 Bankruptcy Department 6300 A Northwest Highway Crystal Lake IL 60014 | Value: $ 163,000 2330 Sandridge Court Lynwood, IL 60411  (Debtor's Residence) | | | | | |

In re: **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse n a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien<br><br>Co-Debtor | H C U DI<br>W O N S<br>J N L I P<br>C TI Q U<br>N D U IT<br>G E A D<br>E N T E<br>N T E D | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|
| 3 **Chrysler Credit/Daimler**<br><br>Account No. 100260895‹<br>Attn: Bankruptcy Dept.<br>901 Warrenville Rd., Ste. 500<br>Lisle IL 60532 | 2001 Lien on Vehicle<br><br>Value: $ 22,175<br>Chrysler - 01 Jeep Grand Cherokee LTD w/ more than 60k miles. | | $ 24,249 | $ 2,074 |
| 4 **GMAC**<br><br>Account No. 154-1350-80493<br>Bankruptcy Department<br>PO Box 217060<br>Auburn Hills MI 48321 | 2001 Lien on Vehicle<br><br>Value: $ 5,825<br>GMAC - 01 Chevrolet Cavalier w/ more than 48k miles. | | $ 8,788 | $ 2,963<br><br>*Has Codebtor |
| 5 **Principal Residential Mortgage**<br><br>Account No. 2089277-4<br>Bankruptcy Department<br>711 High St.<br>Des Moines IA 50392 | 1993 Mortgage<br><br>Value: $ 163,000<br>2330 Sandridge Court Lynwood, IL 60411 (Debtor's Residence) | | $ 97,000 | $ 0 |
| 6 **Principal Residential Mortgage**<br><br>Account No. 2089277-4<br>Bankruptcy Department<br>711 High St.<br>Des Moines IA 50392 | 2004 Mortgage Arrears<br><br>Value: $ 163,000<br>2330 Sandridge Court Lynwood, IL 60411 (Debtor's Residence) | | $ 4,100 | $ 0 |
| 7 **Silverleaf Resorts, Inc.**<br><br>Account No. PI21146<br>Bankruptcy Department<br>7751 Black Lake Rd<br>Kissimee FL 34747 | 2002 Lien on Time Share Propert<br><br>Value: $ 23,000<br>Silverleaf - time share (Debtors will retain, pay in plan.) | | $ 23,000 | $ 0 |
| | TOTAL | | $ 194,008 | |

In Re: __Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors__

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | H C<br>W O<br>J N<br>C TI<br>N<br>G<br>E<br>N<br>T | U<br>N<br>LI<br>Q<br>UI<br>D<br>A<br>T<br>E<br>D | DI<br>S<br>P<br>U<br>T<br>E<br>D | Claim Amount and Notes* |
|---|---|---|---|---|---|

## [x] None

| | Description | BY  WHOM |
|---|---|---|

In re: __Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors__

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|

| 1 **ADT Security Services**<br>Account No.  00573-00014355<br><br>Bankruptcy Department<br>2250 W. Pinehurst Blvd.<br>Addison IL 60101-6100 | 2002-03<br><br>Membership/Subscription<br><br><br><br>Representing:    ADT Security Services | $      89 |
|---|---|---|

Equinox Fin. Mgmt.
Solutions
Bankruptcy Department
2720 S. River Rd., Ste. 4
Des Plaines IL 60018

Page No.  7

In re:   **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|

**2**   **Audio Book CLub -**
Account No.  83402211029

PO Box 6307
Camphill PA 17012
    GC Services
    Attn: Bankruptcy Department
    6330 Gulfton
    Houston TX 77081
    North Shore Agency
    Bankruptcy Department
    PO Box 8999
    Westbury NY 11590-8999

2002-03

Membership/Subscription

Representing:   Audio Book CLub -

$   180

**3**   **Beneficial Finance**
Account No.  411717-26-532245-5

Bankruptcy Department
PO Box 4153-K
Carol Stream IL 60197

2002

Personal Loan

$  16,570

**4**   **Black Expressions**
Account No.  77008498303

Bankruptcy Department
PO Box 6307
Indianapolis IN 46206
    North Shore Agency
    Bankruptcy Department
    PO Box 8999
    Westbury NY 11590-8999

2001

Membership/Subscription

Representing:   Black Expressions

$   52

**5**   **Blair Credit Services**
Account No.  695916124

Bankruptcy Department
307 Liberty St.
Warren PA 16366-0001
    AMO Recoveries

    401-A Pilot Ct
    Waukesha WI 53188

2001-03

Credit Card or Credit Use

Representing:   Blair Credit Services

$   221

In re: **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|
| **6**  **BMG Music**<br>Account No.  8578046-917M<br><br>Attn: Bankruptcy Dept.<br>Box 91501<br>Indianapolis IN 46291 | 2003-04<br><br>Membership/Subscription | $   121 |
|     Merchants Credit Guide Co.<br>     Bankruptcy Cepartment<br>     223 W. Jackson Blvd.<br>     Chicago IL 60606 | Representing:        BMG Music | |
| **7**  **Capital One**<br>Account No.  5291-1517-3394-8062<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-04<br><br>Credit Card or Credit Use | $   1,628 |
| **8**  **Capital One**<br>Account No.  4388642047343119<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-04<br><br>Credit Card or Credit Use | $   2,406 |
| **9**  **Capital One**<br>Account No.  4791242249693378<br><br>Bankruptcy Department<br>PO Box 34631<br>Seattle WA 98124-1631 | 2002-04<br><br>Credit Card or Credit Use | $   429 |
| **10**  **Capital One**<br>Account No.  5291-1520-4917-3186<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-04<br><br>Credit Card or Credit Use | $   500 |

In re:  **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|
| 11  **Capital One**<br>Account No.  4388641764469453<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-04<br><br>Credit Card or Credit Use | $  1,529 |
| 12  **Capital One**<br>Account No.  4862361757540484<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-04<br><br>Credit Card or Credit Use | $  2,159 |
| 13  **Comcast**<br>Account No.<br>01-040000-8798400510018279<br>Bankruptcy Department<br>PO Box 173885<br>Denver CO 80217 | 2002-03<br><br>Cable Bill | $  87 |
|     Credit Protection Association<br>    Bankruptcy Department<br>    688 Industria Drive<br>    Elmhurst IL 60126-1520 | Representing:  Comcast | |
| 14  **DataQuick Info Svc, Inc.**<br>Account No.  11000433<br><br>9620 Towne Centre Dr<br>San Diego CA 92121 | 2002-03<br><br>Credit Extended to Debtor(s) | $  408 |
|     San Diego Credit Assn.<br><br>    2044 First Drive Suite 300<br>    San Diego CA 92101 | Representing:  DataQuick Info Svc, Inc. | |
| 15  **Fashion Bug**<br>Account No.  6004-6692-0472-4806<br><br>Bankruptcy Dept.<br>PO Box 889<br>Milford OH 45150-0889 | 2001<br><br>Credit Card or Credit Use | $  1,158 |

In re:   **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not inlclude claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and comp ete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent.'  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is disputed, place an "X" in the column labeled "Dispt ted."  (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|

---

| 16 | **Grolier Books**<br>Account No. 935204594<br><br>Attn: Bankruptcy Dept.<br>PO Box 6024<br>Jefferson City MO 65702-6024 | 2002<br><br>Membership/Subscription | $   15 |
|  | RMCB<br>Bankruptcy Department<br>2269 Sawmil  River Rd<br>Elmsford NY 10523 | Representing:     Grolier Books | |

---

| 17 | **Retailers Natl Bank - Target**<br>Account No. 9-262-043-211-90<br><br>Attn: Bankruptcy Dept.<br>Box 59231<br>Minneapolis MN 55459 | 2002-03<br><br>Credit Card or Credit Use | $   403 |

---

| 18 | **Scholastic**<br>Account No. 429646664-019<br><br>Attn: Bankruptcy Department<br>PO Box 6027<br>Jefferson City MO 65102-6027 | 2002<br><br>Membership/Subscription | $   52 |
|  | North Shore Agency<br>Bankruptcy Department<br>PO Box 8999<br>Westbury NY 11590-8999 | Representing:     Scholastic | |

---

| 19 | **Silkies Pantyhose**<br>Account No. 102840870-6<br><br>Attn: Bankruptcy Dept.<br>PO Box 7857<br>Philadelphia PA 19188-0001 | 2003<br><br>Credit Card or Credit Use | $   18 |

In re: **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc |
|---|---|---|

---

20 **Venus Book Club**  
Account No. 02051232276

Bankruptcy Department
1225 South Market Street
Mechanicsburg PA 17055

North Shore Agency
Bankruptcy Department
PO Box 8999
Westbury NY 11590-8999

2003

Membership/Subscription

Representing:  Venus Book Club

$   70

---

21 **Walmart**  
Account No. 6032203380785997

Bankruptcy Dept.
702 S.W. 8th Street
Bentonville AR 72716

GC Services
Attn: Bankruptcy Department
6330 Gulfton
Houston TX 77081

2000-03

Credit Card or Credit Use

Representing:  Walmart

$   970

---

22 **Walmart**  
Account No. 6032-2033-7085-8465

Bankruptcy Dept.
702 S.W. 8th Street
Bentonville AR 72716

Allied Interstate
Bankruptcy Department
15 Hazelwood Drive, Ste.
102
7 NY 14228

1999-04

Credit Card or Credit Use

Representing:  Walmart

$  1,030

---

TOTAL   $   30,095

In re: **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing address of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditor

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
| --- | --- |

**[x] None**

---

In re: **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| **Kimberly McNabb**<br>2330 Sandridge Court<br>Lynnwood, IL 60411 | **GMAC**<br>Account No.  154-1350-80493<br>Bankruptcy Department<br>PO Box 217060<br>Auburn Hills MI 48321 |

In re: **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

|  |  |
|---|---|
| Dependent(s) | KM, 23, dependent<br>CR, 19, dependent<br>SR, 15, dependent |

**Debtor's Marital Status:**
**Married**

| EMPLOYMENT: | | SPOUSE | |
|---|---|---|---|
| Occupation: | Courier | | Cust Svc Rep. |
| Name of Employer: | Self-Employed | | SBC |
| Years Employed | 8 years | | 23 years |
| Employer Address: | 2330 Sandridge Ct | | 646 Chicago Rd. |
| | Lynnwood | IL | Chicago Heights | IL |

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 3,683.33 | 4,079.83 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | 0.00 | 600.15 |
| b. Insurance | 0.00 | 15.93 |
| c. Union dues | 0.00 | 2.17 |
| d. Other:    Pension | 0.00 | 0.00 |
| | 0.00 | 15.60 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $633.84 |
| TOTAL NET MONTHLY TAKE HOME PAY | 3,683.33 | 3,445.99 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | |
| Child Support | $ 0.00 | |
| | | $ 400.00 |
| TOTAL MONTHLY INCOME | $ 3,683.33 | $ 3,846.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 7,529.33 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

:  _____

### SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[ ] Check this box if a joint petition s filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 0.00 |
| Are real estate taxes included?         [x] Yes [ ] No | 2nd  Mortgage | 0.00 |
| Is property insurance included?         [x] Yes [ ] No | 3rd Mortgage | 0.00 |
| Utilities:      Electricity and heating fuel | $ | 340.00 |
| Water and Sewer | $ | 31.00 |
| Telephone | $ | 95.00 |
| Other       Garbage | $ | 14.00 |
| | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 75.00 |
| Food | $ | 575.00 |
| Clothing | $ | 125.00 |
| Laundry and Dry Cleaning | $ | 75.00 |
| Medical and Dental expenses , Rx Medicines | $ | 135.00 |
| Transportation (not including car payments) | $ | 305.00 |
| Recreation, clubs, and entertainment, etc. | $ | 0.00 |
| Newspapers, Magazines | $ | 15.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 0.00 |
| Life | $ | 31.00 |
| Health | $ | 0.00 |
| Auto | $ | 329.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 450.00 |
| Installment Payments: | | |
| Auto | $ | 0.00 |
| Other | | |
| Auto Repair | $ | 175.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other   Haircuts | $ | 100.00 |
| Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 75.00 |
| Postage/Banking | $ | 15.00 |
| Contacts | $ | 15.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 0.00 |
| Student Loans | $ | 0.00 |
| School Supplies | $ | 160.00 |
| H Business Expenses | $ | 1,175.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **4,310.00** |

| | | |
|---|---|---:|
| FOR CHAPTER 12 AND 13 DEBTORS ONLY | | |
| A. Total projected monthly income | $ | 7,529.33 |
| B. Total projected monthly expenses | $ | 4,310.00 |
| C. Excess income (A minus B) | $ | 3,219.33 |

## Attachment to Schedule J

Breakdown of Mr. Rhodes Business Expenses:  $1,175

| 1- | Gasoline/tolls | $895 |
| 2- | Business phone | $280 |

In re: **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

D. Total amount to be paid into plan monthly                    $      3,215.00

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:

**Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Attorney for Debtor: William K Murphy

For: Peter Francis Geraci

Case No.

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | AMOUNTS ASSETS | SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | 163,000 | | |
| SCHEDULE B - Personal Property | Yes | — | 55,865 | | |
| SCHEDULE C - Exempt | Yes | — | | | |
| SCHEDULE D - Secured | Yes | — | | 194,008 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | — | | 30,095 | |
| SCHEDULE G - Executory Contracts | Yes | — | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 7,529 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 4,310 |
| | | | $ 218,865 | $ 224,103 | |

In Re:   **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**
_____

Case No. : _____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT  DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debtor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X** _____

Dated: ___7__ / __7__ ___/2004   **Ronald Maurice  Rhodes**

**Sign: X** _____

Dated:___ / ___ ___/2004   **Angela M. Rhodes**

### SIGN AND DATE ABOVE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:   **Ronald Maurice Rhodes and Angela M. Rhodes / Debtors**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

DEFINITIONS
"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS: Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the 2 years immediately preceding this case calendar year.
Debtor
2004..........: Approx. $3,683/mo.
2003..........: Approx. $35,000
2002..........: Approx. $31,000
Source........: Employment

Spouse


Spouse
2004.......: Approx. $3,446
2003.......: Approx. $51,000
2002.......: Approx. $54,800
Source..........: Employment

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS: State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.          [x] None


Spouse

Spouse
2004.......: Approx. $400/mo.
2003.......: Approx. $400/mo.
2002.......: Approx. $400/mo.
From: Child Support

03. PAYMENTS TO CREDITORS: List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.          [x] None

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.                [x] None

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS:        [x] None
List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or defendant or other party: include divorces, injury claims, employment claims and all others.

04b.  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized          [x] None
under any legal or equitable process within 1 year:

05. REPOSSESSION, FORECLOSURES AND RETURNS:   List all property repossessed, sold at foreclosure       [x] None
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days     [x] None
before filing this bankruptcy:

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.      [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.
    Recipient.............: Purple Heart Veterans Assoc.
    Relationship to Debtor: none
    Date of Gift...........: 12/2003
    Description...........: goods only
    Value.................: none
08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:                  [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)
    Payee................: Law Offices of Peter Francis Geraci
    Address............: 55 East Monroe Street
    Address2........: Suite 3400
    Address3........: Chicago          IL 60603
    Date of Payment.: 07/2004
    Payor...............: Debtor
    Payment/Value......: 2,700.00
In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on   [x] None
my contract of representation to work on my case.

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give     [x] None
details: (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit       [x] None
union or other accounts within 1 year of today, list details:

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,       [x] None
cash, or other valuables within 1 year of today:

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within    [x] None
the past year.

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's       [x] None
accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or
in possession of)

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:                                                    [x] None

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property     [x] None
state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or     [x] None
regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into
the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently
or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material"
means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc.
under environmental Law.

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of     [x] None
every site & the governmental unit, date of the notice, & Environmental law:

b. If you provided notice of release of Hazardous Material, list  name and address of every site and     [x] None
governmental unit.

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give     [x] None
the name & address of  governmental unit that is or was a party to the proceedings,& docket number.

18. a.List names, addresses,taxpayer ID #, nature  of business,begin & end dates all businesses,     [x] None
sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity
interest within 6 years of today.  List same if debtor is partnership or corporation.
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.     [x] None

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books     [x] None
of account and records.

                                                                                                         [x] None
b. List all firms or individuals who  have audited the books of account and records, or prepared a financial
statement of yours in the last 2 years.

c. List all firms or individuals who are now in                                                          [x] None
possession of your books of account and records of the debtor. If any books or records are not available,
explain.

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a     [x] None
financial statement was issued w thin the last 2 years.

20. INVENTORIES                                                                                          [x] None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

b. List the name and address of the person having possession of the records of each of the two inventories     [x] None
reported in a., above.

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.     [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns, controls, or holds 5% or more of the voting or equity securities of the corporation.                     [x] None

22.  ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.                     [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within 1 year immediately preceding the commencement of this case.                     [x] None

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments, bonuses, loans etc. to insiders, including compensation in any form, in past year.                     [x] None

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last 6 years.                     [x] None

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which debtor, as an employer, was responsible for contributing in last 6 years.                     [x] None

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR
I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

**Sign: X** _Ronald Rhodes_

Dated: ___7___/__17__/2004     **Ronald Maurice  Rhodes**

**Sign: X** _Angela M. Rhodes_

Dated: ___1___/__17__/2004     **Angela M. Rhodes**

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

ADT Security Services
Bankruptcy Department
2250 W. Pinehurst Blvd.
Addison, IL 60101

Audio Book CLub -
PO Box 6307
Camphill PA 17012

Beneficial Finance
Bankruptcy Department
PO Box 4153-K
Carol Stream, IL 60197

Beneficial Finance
Bankruptcy Department
6300 A Northwest Highway
Crystal Lake, IL 60014

Beneficial Finance
Bankruptcy Department
6300 A Northwest Highway
Crystal Lake, IL 60014

Black Expressions
Bankruptcy Department
PO Box 6307
Indianapolis, IN 46206

Blair Credit Services
Bankruptcy Department
307 Liberty St.
Warren, PA 16366

BMG Music
Attn: Bankruptcy Dept.
Box 91501
Indianapolis, IN 46291

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Capital One
Bankruptcy Department
PO Box 34631
Seattle, WA 98124

```
Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Chrysler Credit/Daimler
Attn: Bankruptcy Dept.
901 Warrenville Rd., Ste. 500
Lisle, IL 60532

Comcast
Bankruptcy Department
PO Box 173885
Denver, CO 80217

DataQuick Info Svc, Inc.
9620 Towne Centre Dr
San Diego CA 92121


Fashion Bug
Bankruptcy Dept.
PO Box 889
Milford, OH 45150

GMAC
Bankruptcy Department
PO Box 217060
Auburn Hills, MI 48321

Grolier Books
Attn: Bankruptcy Dept.
PO Box 6024
Jefferson City, MO 65702

Principal Residential Mortgage
Bankruptcy Department
711 High St.
Des Moines, IA 50392

Principal Residential Mortgage
Bankruptcy Department
711 High St.
Des Moines, IA 50392
```

Retailers Natl Bank - Target
Attn: Bankruptcy Dept.
Box 59231
Minneapolis, MN 55459

Scholastic
Attn: Bankruptcy Department
PO Box 6027
Jefferson City, MO 65102

Silkies Pantyhose
Attn: Bankruptcy Dept.
PO Box 7857
Philadelphia, PA 19188

Silverleaf Resorts, Inc.
Bankruptcy Department
7751 Black Lake Rd
Kissimee, FL 34747

Venus Book Club
Bankruptcy Department
1225 South Market Street
Mechanicsburg, PA 17055

Walmart
Bankruptcy Dept.
702 S.W. 8th Street
Bentonwille, AR 72716

Walmart
Bankruptcy Dept.
702 S.W. 8th Street
Bentonwille, AR 72716

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN  DIVISION

In Re:    **Ronald Maurice  Rhodes and Angela M. Rhodes / Debtors**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated:_____7_____/___7___/2004         _____
                                        Ronald Maurice  Rhodes

Dated:_____7_____/__17___/2004          _____
                                        Angela M. Rhodes

## SIGN AND DATE ABOVE